# United States District Court

### Northern District of California
### United States Courthouse
### 450 Golden Gate Avenue
### San Francisco, California 94102

**Chambers of**
**Jeffrey S. White**
**United States District Judge**



August 2, 2004

FINANCIAL
DISCLOSURE OFFICE

Aug 9 11 03 AM '04

RECEIVED

Hon. Mary M. Lisi, Chair
Judicial Conference of the
  United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

*Re:*    *Calendar Year 2003 Filing*

Dear Judge Lisi,

I received your letter dated July 20, 2004, requesting additional information regarding my Financial Disclosure Report for the calendar year 2003. Please accept this letter as a supplement to that report. For ease of reference, I have responded to the issues raised by your July 20 letter in the order you raised them.

**Part I**

I affirm that I have no reportable "Positions".

**Part VII**

On page 3, line 38, I listed "Schwab CA Muni Money Fund." This asset was exempt from reporting on my previous Financial Disclosure Report and should be amended to reflect "Schwab CA Muni Money Fund (X)".

On page 1, line 10, "GM Corporate 0% Bonds", the income amount in column B(1) should be blank and the word "NONE" should appear under column B(2)."

On page 1, line 18, "Lucent Technologies Inc. Common Stock", the income amount in column B(1) should be blank and the word "NONE" should appear under column B(2)."

On page 4, line 55, "Vanguard Short-Term Federal", the income amount in column B(1) should be blank and the word "NONE" should appear under column B(2)."

On page 2, line 28, "Los Angeles Cnty Calif Cop Disney Pkg", the income amount in

column B(1) should be blank and the word "NONE" should appear under column B(2)."

On page 3, line 54, "Hennessy Cornerstone", the income amount in column B(1) should be blank and the word "NONE" should appear under column B(2)."

On page 4, line 66, "Tiers Principal Protected (DJQ)", the income amount in column B(1) should be blank and the word "NONE" should appear under column B(2)."

On page 4, line 67, "Tiers Principal Protected (NAS)", the income amount in column B(1) should be blank and the word "NONE" should appear under column B(2)."

Finally, on page 2, line 30 of my 2002 report, I listed "Los Angeles CA Bond Series A." That asset was sold, however, during the 2002 reporting period. Because the 2002 report was an initial report, the transaction was exempt from reporting.

Please do not hesitate to contact me if you have further questions regarding this additional information or if you require any other information from me.



Very truly yours,

Jeffrey S. White

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | **Report Required by the Ethics in Government Act of 1978** (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>White, Jeffrey S | 2. Court or Organization<br><br>U.S. District, Northern Calif. | 3. Date of Report<br><br>4/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1980 | Orrick, Herrington & Sutcliffe, LLP Defined Benefit Plan |

RECEIVED May 5 11 43 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Orrick, Herrington & Sutcliffe, LLP (former law firm) | Reception following investiture as judge | $19,138 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Schwab S&P 500 Select | B | Dividend | | | Sell | 1/31 | L | | |
| 2. Cash | A | Interest | K | T | | | | | |
| 3. Fidelity Advisor Equity Income Fund | A | Dividend | | | Sell | 10/28 | K | | See Note 1 in Part VIII |
| 4. Fidelity Advisor Technology Fund | | | | | Sell | 10/28 | K | | See Note 1 in Part VIII |
| 5. Franklin Biotechnology Fund | | | | | Sell | 10/28 | J | | See Note 1 in Part VIII |
| 6. Oppenheimer Quest Balanced Value Fund | A | Dividend | | | Sell | 10/28 | K | | See Note 1 in Part VIII |
| 7. Smith Barney Diversified Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 8. UTS EFT Citiselctor | A | Dividend | | | Call | 5/6 | J | | See Note 1 in PartVIII |
| 9. CMA CA Municipal Money | A | Dividend | | | Redemption | 6/15 | K | | See Note 1 in Part VIII |
| 10. GM Corporate 0% Bonds | | | K | T | | | | | |
| 11. San Francisco CA Bonds SFCA ACIA | A | Interest | | | Redemption | 5/1 | K | | See Note1 In Partn VIII |
| 12. California State Bond | B | Interest | | | Redemption | 9/1 | K | | See Note in Part VIII |
| 13. San Bernardino CA Bond TRNS S/S | B | Interest | K | T | | | | | |
| 14. Foothill/Eastern Bonds TCA Tolls Road | B | Interest | K | T | | | | | |
| 15. Lake Elsinore CA Unified District | B | Interest | K | T | | | | | |
| 16. Rancho, CA Water District FNG REV | B | Interest | K | T | | | | | |
| 17. Cohen and Steers Adv Inc | B | Dividend | | | Sell | 3/17 | J | | |
| 18. Lucent Technologies Inc Common Stock | | | | | Sell | 1/31 | J | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4) F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3) N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes: Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
(See Column C2) U =Book Value   V =Other   W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Jeffrey S | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Delware Group Trend Fund | | | | | Sell | 5/30 | L | | See Note 1 in Part VIII |
| 20. | ML Basic Value Fund Class B | | | | | Sell | 5/30 | K | | " |
| 21. | ML Basic Value Fund Class D | | | | | Sell | 5/30 | J | D | " |
| 22. | ML Fundamental Growth B Fund | | | | | Sell | 5/30 | J | | " |
| 23. | Seligman Large Cap Value Fund Class B | | | | | Sell | 5/30 | J | | " |
| 24. | Seligman Large Cap Value Fund Class D | | | | | Sell | 5/30 | K | | " |
| 25. | Seligman Small Cap Value Fund Class D | | | | | Sell | 5/30 | K | B | " |
| 26. | Muniholdings Cal Insured Fund | B | Dividend | J | T | | | | | |
| 27. | Muniyield Cal Fed Insured | A | Dividend | J | T | | | | | |
| 28. | Los Angeles Cnty Calif Cop Disney Pkg | | Interest | | | Buy | 5/3 | L | | |
| 29. | | | | | | Sell | 11/3 | L | | |
| 30. | American Century California | C | Dividend | M | T | Buy | 12/6 | K | | See Note 1 in Part VIII |
| 31. | | | | | | Buy | 4/24 | L | | |
| 32. | Federated US Govt Sec FD | B | Dividend | K | T | Buy | 12/6 | K | | See Note 1 In Part VIII |
| 33. | | | | | | Buy | 2/24 | K | | |
| 34. | | | | | | Partial Sale | 7/14 | K | A | |
| 35. | Metropolitan Water District Southern | A | Interest | J | T | Buy | 9/6 | J | | See Note 1 in Part VIII |
| 36. | Montebello Calif. Bond | B | Interest | K | T | Buy | 9/6 | K | | " |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000                 P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Sierra Madre California | B | Interest | K | T | Buy | 8/15 | J | | " |
| 38. Schwab CA Muni Money Fund | B | Interest | K | T | | | | | |
| 39. Dodge and Cox Balanced Fund | A | Dividend | K | T | Buy | 7/15 | K | | |
| 40. Federated Government | A | Dividend | L | T | Buy | 2/3 | K | | |
| 41. PIMCO Total Return | B | Dividend | L | T | Buy | 2/3 | K | | |
| 42. Vanguard High Yield Corp | B | Dividend | K | T | Buy | 4/22 | K | | |
| 43. Vanguard Short Term | B | Dividend | | | Buy | 1/30 | L | | |
| 44. | | | | | Sell | 9/15 | L | | |
| 45. Vanguard Inter Term Corp | C | Dividend | L | T | Buy | 4/22 | L | | |
| 46. Jensen Portfolio | A | Dividend | K | T | Buy | 9/16 | K | | |
| 47. Bank One Corp 6.875% | A | Interest | K | T | Buy | 7/17 | K | | |
| 48. Cit group 7.625% | A | Interest | K | T | Buy | 7/17 | K | | |
| 49. Citicorp 7.20% | A | Interest | K | T | Buy | 7/17 | K | | |
| 50. Schwab CA Long Term TF | B | Dividend | K | T | Buy | 2/24 | L | | |
| 51. | | | | | Partial Sell | 7/14 | K | A | |
| 52. Lehman Bros Inc 7.375% | A | Interest | K | T | Buy | 7/17 | K | | |
| 53. American Century Equity | B | Dividend | K | T | Buy | 9/17 | J | | |
| 54. Hennessy Cornerstone | | Dividend | K | T | Buy | 7/16 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Jeffrey S | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger. redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Vanguard Short-Term Federal | | | L | T | Buy | 1/23 | L | | |
| 56. California St 6.4% | A | Interest | J | T | Buy | 3/17 | J | | |
| 57. California St 6.5% | A | Interest | J | T | Buy | 3/17 | J | | |
| 58. Oppenheimer US Govt Trust Class B | C | Dividend | M | T | Buy | 10/28 | L | | See Note 1 In Part VIII |
| 59. | | | | | Buy | 1/24 | K | | |
| 60. Smith Barney Capital Preservation Fund | A | Dividend | L | T | Buy | 10/29 | L | | See Note 1 in Part VIII |
| 61. Oppenheimer Californai Muni Fund B | B | Dividend | | | Buy | 10/28 | L | | * |
| 62. | | | | | Sell | 4/2 | L | | |
| 63. National City Corp Cleveland | A | Interest | K | T | Buy | 7/15 | K | | |
| 64. Oppenheimer Limited Term Govt Class B | A | Dividend | L | T | Buy | 4/2 | L | | |
| 65. Federated Fund for US Govt Sec | B | Dividend | L | T | Buy | 1/24 | K | | |
| 66. Tiers Principal Protected (DJQ) | | Dividend | K | T | Buy | 9/22 | K | | |
| 67. Tiers Principal Protected (NAS) | | Dividend | L | T | Buy | 7/23 | L | | |
| 68. Orrick Investments 2000 LLC | A | Interest | J | U | | | | | |
| 69. Pollock Montgomery Washington Tower Investors II Partnership | C | Rent | J | U | | | | | |
| 70. Intercarp Limited Partnership | A | Rent | J | U | | | | | |
| 71. Anchor National Polaris Insurance Annuity | | None | K | T | | | | | |
| 72. Citicorp IRA # 1 | A | Interest | M | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger. redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. AIM Constellation Fund Class A | | | | | Sell | 10/28 | J | | See Note 1 in Part VIII |
| 74. Delaware Trend Fund Class A | | | | | Sell | 10/28 | J | | See Note 1 in P art VIII |
| 75. Fidelity Advisor Techology Fund Class B | | | | | Sell | 10/27 | J | | See Note 1 in Part VIII |
| 76. MFS Total Return Fund A | | | | | | | | | |
| 77. Smith Barney Fundamental Value Fund Class B | | | | | | | | | |
| 78. Smith Barney Capital Preservation Fund B | | | | | Buy | 10/24 | K | | See Note 1 in Part VIII |
| 79. Tiers Principal Protected | | | | | Buy | 11/25 | M | | |
| 80. Citicorp IRA # 2 | A | Dividend | K | T | | | | | |
| 81. Fidelty Advisor Techonology | | | | | Sell | 10/28 | J | | See Note 1 in Part VIII |
| 82. MFS Total Return Fund A | | | | | | | | | |
| 83. Smith Barney Value Fund Class B | | | | | | | | | |
| 84. Smith Barney Capital Preservation Fund B | | | | | Buy | 10/29 | J | | See Note 1 in P Part VIII |
| 85. General Electric Corp Bond | | | | | Buy | 10/22 | K | | |
| 86. Charles Schwab - 401K Plan | E | Dividend & I | P1 | T | | | | | |
| 87. Gold Bank CD | | | | | Buy | 10/31 | K | | |
| 88. Money Market Fund | | | | | | | | | |
| 89. La Salle Bank CD | | | | | Buy | 11/5 | K | | |
| 90. Bank Of America Corp Bond | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Chase Manhattan Corp Bond | | | | | | | | | |
| 92. Federated Income Instl Shares | | | | | Buy | 2/3 | M | | |
| 93. Vanguard High Yield | | | | | Buy | 4/22 | L | | |
| 94. Ford Motor Credit Note | | | | | | | | | |
| 95. Vanguard Short Term Federal | | | | | Buy | 2/3 | M | | |
| 96. General Motors Corp Bond | | | | | | | | | |
| 97. General Motors Acceptance Bond | | | | | | | | | |
| 98. Dodge and Cox Stock Fd | | | | | Buy | 7/16 | J | | |
| 99. Oakmark Equity Income Fund | | | | | Buy | 2/3 | L | | |
| 100. Merrill Lynch Corp Bonds | | | | | | | | | |
| 101. JP Morgan Corp Bond | | | | | | | | | |
| 102. US Inflation Index | | | | | Buy | 10/27 | L | | |
| 103. NationsBank Corp Bond | | | | | | | | | |
| 104. Sweden Kindgom Bond | | | | | | | | | |
| 105. Federal High Income Bond Fund | | | | | | | | | |
| 106. ABN AMRO Cap Preferred | | | | | | | | | |
| 107. American Intl Group Inc Common | | | | | Sell | 1/31 | J | | |
| 108. Cisco Systems Common | | | | | Sell | 1/31 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. California Fed Preferred | | | | - | Sell | 3/27 | J | | |
| 110. Cohen & Steers Adv Income | | | | | | | | | |
| 111. Nova Chemicals Preferred | | | | | | | | | |
| 112. Xilinx Inc Common | | | | | Sell | 1/23 | J | | |
| 113. Royce Low Price Sotck Fund | | | | | | | | | |
| 114. RS Partners Fund | | | | | | | | | |
| 115. Schwab S&P 500 Select Shares | | | | | Sell | 1/31 | M | | |
| 116. William Blair Intl Growth Fund- Cl N | | | | | | | | | |
| 117. AT & T Cap Corp Bond | | | | | Sell | 12/15 | J | | |
| 118. Chase Captial V Trust Orig Preferred | | | | | | | | | |
| 119. Conseco Fin VI Trust Orig | | | | | | | | | |
| 120. Intl Paper Cap Preferred | | | | | | | | | |
| 121. Phoenix Quarterly Bond | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS          (Indicate part of Report.)

1) These transcation occurred between 5/1/02 and 12/31/02. The last required reporting period was 4/30/02.

2) Value and income of assets listed on pages 3-5, lines 46-72 of the previous report are the property of ▮▮▮▮ who no longer qualify as ▮▮▮▮▮▮▮ ▮▮▮▮ and are not subject to reporting.

3) Value and income of assets listed on pages 2-3, lines 31-32 and 34-42 of previous report have declined below reporting values.

4) Value and income of assets listed on Page 7, lines 111-112 of previous report have been transferred to his personal retirement accoun and are reported in Charles Schwab 401K plan

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Jeffrey S | 4/30/2004 |

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                         Date 4/30/04.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1) These transcation occurred between 5/1/02 and 12/31/02. The last required reporting period was 4/30/02.

2) Value and income of assets listed on pages 3-5, lines 46-72 of the previous report are the property of ▬▬ who no longer qualify as ▬▬ ▬▬ and are not subject to reporting.

3) Value and income of assets listed on pages 2-3, lines 31-32 and 34–42 of previous report have declined below reporting values.

4) Value and income of assets listed on Page 7, lines 111-112 of previous report have been transferred to his personal retirement accoun and are reported in Charles Schwab 401K plan